FILED
JUN 13 2019
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One Apple iPhone Cellular Phone<br>Serial #F2LW36G5JCM3, IMEI 35 940208 952345 5 | ) ) ) ) ) ) ) Case No. **19MJ2390** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location):*

See attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___6/21/19___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. William V. Gallo_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___6/7/19 1635___   _____
                                            *Judge's signature*

City and state:   San Diego, CA            Hon. William V. Gallo, United States Magistrate Judge
                                            *Printed name and title*

# ATTACHMENT A

## PROPERTY TO BE SEARCHED

The following property is to be searched:

> One Apple iPhone Cellular Phone
> Serial #F2LW36G5JCM3, IMEI 35 940208 952345 5
> **(Target Device)**

**Target Device is** currently in the possession of The Department of Homeland Security, 2051 North Waterman Avenue Suite 100, El Centro, CA 92243, in the Southern District of California.

# **ATTACHMENT B**

ITEMS TO BE SEIZED

Authorization to search the device described in Attachment A includes the search of deleted data, remnant data, slack space, and temporary or permanent files contained on or in the device. The seizure and search of the device shall follow the search methodology described in the affidavit submitted in support of the warrant.

The evidence to be seized from the device will be communications, records, or data, including but not limited to emails, text messages, photographs, audio files, videos, or location data, for the period of June 13, 2018, to and including December 13, 2018:

a. tending to indicate efforts to import methamphetamine, or some other controlled substances from Mexico into the United States;

b. tending to identify accounts, facilities, storage devices, and/or services–such as email addresses, IP addresses, and phone numbers–used to facilitate the importation of methamphetamine, or some other controlled substances from Mexico into the United States;

c. tending to identify co-conspirators, criminal associates, or others involved in importation of methamphetamine, or some other controlled substances from Mexico into the United States;

d. tending to identify travel to or presence at locations involved in the importation of methamphetamine, or some other controlled substances from Mexico into the United States;

e. tending to identify the user of, or persons with control over or access to, the subject device; and/or

f. tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

**which are evidence of violations of 21 U.S.C. §§ 952 and 960.**

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 6-7-19 4:50 PM | Copy of warrant and inventory left with: HSI Computer Forensic Group |
| Inventory made in the presence of: SA B.A. Trammel | | |
| Inventory of the property taken and name of any person(s) seized: Phone and warrant provided to HSI Computer Forensic Group for Analysis | | |

Received in Chambers

**JUN 07 2019**

Hon. William V. Gallo

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-7-19

_____
*Executing officer's signature*

Jason Torres, Special Agent
*Printed name and title*